UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

RECEIVED
CLERK'S OFFICE

2015 MAY 27 PM 4:11

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Orlando Bryant
Plaintiff

vs.

Chuck Hagel, Secretary
Defendant
Department of Defense
Defense Logistics Agency

5:15-CV-196

TITLE VII COMPLAINT

1. Plaintiff resides at 302 Notting Hill Dr. Perry, GA 31069

2. Defendant(s) names (s) Chuck Hagel, Secretary Department of Defense, Defense Logistics Agency

Location of principal office(s) of the named defendant(s) Corporate EEO office DO - Defense Logistics Agency 8725 John Kingman Rd. STOP 2433 Fort Belvoir, VA 22060-6221

Nature of defendant(s) business Logistics

Approximate number of individuals employed by defendant(s) thousands

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

4. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. ✓ Termination of my employment.
   C. _____ Failure to promote me.
   D. _____ Other (Specifiy) _____

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. ✓ not presently employed by the defendant. The dates of plaintiff's employment were Jan. 18, 2011 – Sept 23, 2011
   The reasons plaintiff was given for termination of employment is/are:
   (1) ✓ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. ✓ my race
   B. _____ my religion.
   C. _____ my sex.
   D. _____ my national origin.
   E. _____ Other (specify) Retaleation for filing an EEOC claim

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are: Robert Stewart - white - male Chief Consolidation and Containerization GS-2030-13

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

I was discriminated against and subject to harassment and a hostile work environment based on my race (Black) and sex (male) when on Sept. 26, 2011, I was fired from Federal Service. I was singled out and treated differently than female employees when my supervisor asked other employees to check on me. On Aug. 23, 2011 a meeting was called to address issuing concerning Steve Jackson's (another employee) issues But my issues were ignored. On Sept 7, 2011, Chief Stewart, told him "he did not want to hear any shit like Snoop Dog and that rap stuff", but other employees radios were played w/out comments; mangement purposefully

-3-

made up accusations to support terminating him. and chief Stewart recruited other employees to make false statements against him, written testimony from a part of ~~membersh~~ mangement.

9. The alleged illegal activity took place at Defense Logistics Agency Defense Distribution Warner Robins, Robins Air Force, GA

10. A. ✓ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. ✓ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on MARCH 2, 2015 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

$500,000.00 — Back pay Oct. 2011 thru present 2015 missed overtime, missed cost of living increase, damages and attorney's fee, plus interest

_____
5/24/2015
Date

_____
Signature of Plaintiff

Address: 302 Notting Hill Dr.

Perry, GA 31069

Telephone: 216-339-3502