IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ORLANDO BRYANT, | * |
| Plaintiff, | * |
| v. | Case No. 5:15-CV-196-CAR |
| | * |
| CHUCK HAGEL, Secretary, United States Department of Defense, Defense Logistics Agency, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 29, 2017, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 2nd day of October, 2017.

David W. Bunt, Clerk

s/ Cheryl M. Alston, Deputy Clerk