IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-15281-BB
_____

ORLANDO BRYANT,

                                                    Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF DEFENSE,
DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY,

                                                    Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Orlando Bryant has failed to file an appellant's brief within the time fixed by the rules, effective January 23, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Carol R. Lewis, BB, Deputy Clerk

FOR THE COURT - BY DIRECTION